# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **Trust & Verify Data Protection LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **Signifyd Inc.,** <br><br> Defendant. | Case No. 1:20-cv-1392 <br><br> Patent Case <br><br> Jury Trial Demanded |

## PLAINTIFF'S AGREED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

1. Plaintiff Trust & Verify Data Protection LLC files this Agreed Motion to notify the Court that the parties have agreed on settlement in principle and require additional time to complete certain obligations under the agreement.

2. Therefore, the parties respectfully request the Court to enter an Order staying all current deadlines up to and including September 30, 2020.

3. The requested extension is not sought for any improper purpose and would not unduly prejudice any party to this suit.

4. This request is not made in bad faith or to cause undue delay.

5. Plaintiff therefore respectfully requests the Court to enter an Order staying all current deadlines up to and including September 30, 2020.

Dated: August 26, 2020                     Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com
**Counsel for Plaintiff**
**Trust & Verify Data Protection LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 26, 2020, via the Court's CM/ECF system.

*/s/ Isaac Rabicoff*
Isaac Rabicoff
