IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01392-KLM

TRUST & VERIFY DATA PROTECTION LLC,

    Plaintiff,

v.

SIGNIFYD INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Agreed Motion to Stay All Deadlines and Notice of Settlement** [#16] (the "Motion").  Because the Court does not find that entry of a formal stay is necessary at this time,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED**.  However,

    IT IS FURTHER **ORDERED** that all pending deadlines are **VACATED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 9, 2020, at 9:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that, **no later than September 30, 2020**, Plaintiff shall filed either (1) dismissal papers, or (2) a status report.

    Dated:  August 27, 2020