IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **Trust & Verify Data Protection LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Signifyd Inc.,**<br><br>    Defendant. | Case No. 1-20-cv-01392<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 18, 2020          Respectfully submitted,


                                   /s/ Isaac Rabicoff
                                   Isaac Rabicoff
                                   **Rabicoff Law LLC**
                                   73 W Monroe St
                                   Chicago, IL 60603
                                   (773) 669-4590
                                   isaac@rabilaw.com

                                   **Counsel for Plaintiff**
                                   **Trust & Verify Data Protection LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 18, 2020, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff